**Anthony E. SMITH, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 100353.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 23, 2014.

Amy Lowe, St. Louis, MO, for appellant.

Jennifer Rodewald, Jefferson City, MO, for respondent.

Before ANGELA T. QUIGLESS, C.J., LISA S. VAN AMBURG, J. and GLORIA CLARK RENO, Sp. J.

ORDER

PER CURIAM.

Anthony Smith appeals from the judgment of the Circuit Court of Cape Girardeau County denying, without an evidentiary hearing, his Rule 24.035 motion for post-conviction. We have reviewed the briefs of the parties, the legal file and the record on appeal. The judgment of the motion court is based on findings of fact that are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).